UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES R. DURHAM,  Movant, | ) ) ) |
| vs. | ) 1:08-cv-812-LJM-TAB ) ) |
| UNITED STATES OF AMERICA. | ) |

**Entry Discussing Motion for Relief Pursuant to 28 U.S.C. § 2255 and Denying Certificate of Appealability**

**I.**

Movant Durham seeks relief pursuant to 28 U.S.C. § 2255 in the form of modification of his sentence. However, Durham was released from custody of the Federal Bureau of Prisons on February 27, 2009.

If "an event occurs while a case is pending . . . that makes it impossible for the court to grant 'any effectual relief whatever' to a prevailing party, the [case] must be dismissed." *Church of Scientology of California v. United States,* 506 U.S. 9, 12 (1992). This rule dictates the outcome required here. Durham's release from BOP custody renders his claim moot because this court can no longer grant him "any effectual relief whatever." *See Erie v. Pap's A.M.,* 529 U.S. 277, 287 (2000)("A case is moot when issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome.")(internal citations omitted); *Demis v. Sniezek*, 558 F.3d 508 (6th Cir. 2009)(citing cases); *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998).

A court lacks jurisdiction over a claim which is moot, *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997). When it is determined that a court lacks jurisdiction, its only course of action is to announce that fact and dismiss the case. *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998)("'Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause.'")(quoting *Ex parte McCardle*, 7 Wall, 506, 514, 19 L.Ed. 264 (1868)).

Judgment consistent with this Entry shall now issue.

## II.

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing § 2254 proceedings, and 28 U.S.C. § 2253(c), the court finds that Durham has failed to show that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). The court therefore **denies** a certificate of appealability.

**IT IS SO ORDERED.**


Date: 11/03/2010

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana